Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788
Fax 503-954-1517
Plaintiff's Attorney
njm@meserolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BLAYR JUSTINE HICKS | Case No.  3:18-cv-00185-IM |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant | |

Pursuant to U.S.C. § 406(b),  reasonable attorney fees  in the amount of $16,362.00 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow, less previously paid EAJA fees in the amount of  $13,942.66, for a net award of  $2,419.34 to Ms. Meserow as full settlement of all attorney fees pursuant to 42 U.S. C. § 406 (b), minus any applicable processing fees as allowed by statute.

IT IS SO ORDERED this 21st day of August, 2020.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge